UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Antonio Maldonado-Palacios ) <br> ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR747-JLS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 68133198 |

On order of the United States District/Magistrate Judge,    **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Antonio Martinez-Leon

DATED: 3-13-08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062