UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br> Plaintiff )<br>  )<br>  )<br> vs. )<br>  )<br> Antonio Maldonado-Palacios )<br>  )<br> Defendant(s) )<br>  ) | CRIMINAL NO. 08CR747-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. G81133198 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Eliseo Jacobo-Lopez

DATED: 3-13-08

RECEIVED _____
            DUSM

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
              Deputy Clerk